UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CATHERINE P. WOOD, | Case No. C11-1477-RAJ-JPD |
| Plaintiff, | |
| v. | REPORT AND RECOMMENDATION |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 20.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. On remand, the Administrative Law Judge ("ALJ") shall: (1) allow plaintiff an opportunity to submit any additional evidence; (2) further evaluate all of the medical opinions of record; (3) if necessary, obtain testimony from a medical expert, specializing in psychiatry, to clarify the severity of plaintiff's mental condition for the period prior to December 13, 2010; (4) further evaluate

plaintiff's credibility and residual functional capacity; and (5) if necessary, obtain supplemental vocational expert evidence.

Upon proper application, the Court will consider whether reasonable attorney's fees should be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

A proposed order accompanies this Report and Recommendation.

DATED this 1st day of February, 2012.

JAMES P. DONOHUE
United States Magistrate Judge