UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CATHERINE P. WOOD,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | Case No. C11-1477-RAJ<br><br>ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

  The court, after careful consideration of the plaintiff's complaint, the Report and Recommendation of the Honorable James P. Donohue (Dkt. # 21), and the balance of the record, orders as follows:

  (1)  The court adopts the Report and Recommendation.

  (2)  The court REVERSES the final decision of the Commissioner and REMANDS the case to the Social Security Administration for further administrative proceedings consistent with the Report and Recommendation.

//

//

//

ORDER
PAGE - 1

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 2nd day of February, 2012.

_____
The Honorable Richard A. Jones
United States District Court Judge

ORDER
PAGE - 2